FILED

# UNITED STATES DISTRICT COURT
for the

Middle District of Fl.

2019 AUG 26  AM 10: 37

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Orlando Division

JEB BACHMAN
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

"See Attached"
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)  Case No. 6:19-cv-1530-ORL-40EJK
)       (to be filled in by the Clerk's Office)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jeb Bachman
   Street Address: 294 S. McGee Ave.
   City and County: Apopka Fl. Orange
   State and Zip Code: Fl. 32703
   Telephone Number: 407-880-1600
   E-mail Address: mynakedwindows@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: EverBank (DBA) TIAA FSB Holding Ink.
- Job or Title (if known):
- Street Address: 501 Riverside Ave.
- City and County: Jacksonville, Duval
- State and Zip Code: FL. 32202
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Ajax Mortgage (DBA) Gregory Funding
- Job or Title (if known):
- Street Address: 9400 SW Beaverton-Hillsdale Hwy, Ste 145
- City and County: Beaverton
- State and Zip Code: Oregon 97005
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Fay Servicing
- Job or Title (if known):
- Street Address: 901 S. 2nd St. Ste 201
- City and County: Springfield
- State and Zip Code: IL. 62704
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Green Tree Servicing (DBA) Ditech
- Job or Title (if known):
- Street Address: P.O. Box 15009
- City and County: Tempe
- State and Zip Code: Arizona 85284-0109
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Mortgage Fraud & Banking Violation (Respa)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s) (N/A)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* ?_____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* United States.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Injunctive relief to undo foreclosure sale, consequential damages & emotional distress

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Florida Orange Apopka, FL.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Whole year 2016 → till now

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Constantly harassed me on phone, mail, email etc. No one else involved. No privacy. Mainly phone.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

My damages were mainly mental; outside of taking property of a senior, handicapped man who was severely injured in truck accident that required neck surgery.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensate for property (Homestead) and repair to property. Punitive damages $750,000.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/26/2019

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Jeб Вассшмеn

### B. For Attorneys

Date of signing: N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address